

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: September 22, 2011

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

FILED 2011 OCT -4 PM 12:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

Name & Address
Orange County Superior Court
Civil Complex Center
751 W. Santa Ana Blvd.,
Santa Ana, CA 92701

Re:   Case Number: SACV11-1018 DOC(ANx)

Previously Superior Court Case No. Orange County Superior Court, 30-02011-00480681

Case Name: Grant Casserly v. Randstad US LP et al


Dear Sir / Madam:
   Pursuant to this Court's ORDER OF REMAND issued on September 22, 2011, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                    Respectfully,

                    Clerk, U. S. District Court

                    By: T. DeBose
                        Deputy Clerk

                    ☐ Western   ☐ Eastern   ☒ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                    Clerk, Superior Court

SEP 2 8 2011                By: _____
Date                            Deputy Clerk

CV - 103 (09/08)       LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)